In the Matter of DONALD SCHANBARGER, Appellant.

Submitted November 30, 2009; decided January 14, 2010

Motion for leave to appeal etc. dismissed upon the ground that it does not lie (*see* NY Const, art VI, § 3 [b]; CPLR 5602).

TOWN OF CAROGA, Respondent, v JOSEPH HERMS, Appellant.

Submitted December 7, 2009; decided January 14, 2010

Reported below, 62 AD3d 1121.

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 13 NY3d 708 (2009)].

Judge GRAFFEO taking no part.